UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0349M-01 (CR) |
|  | : | MAGISTRATE NO. 06-0349M-02 (CR) |
| **MICHAEL LEE SCOTT,** | : |  |
| **BENJAMIN D. FEARS,** | : | VIOLATIONS: 21 U.S.C.§ 841(a)(1) |
| **Defendants.** | : | and § 841(b)(1)(A)(iii) |
|  | : | (Unlawful Possession with Intent to Distribute |
|  | : | 50 Grams or More of Cocaine Base); |
|  | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
|  | : | (Unlawful Possession With Intent to Distribute |
|  | : | Heroin); |
|  | : | 18 U.S.C. § 924(c)(1) |
|  | : | (Using, Carrying and Possessing a Firearm |
|  | : | During a Drug Trafficking Offense); |
|  | : | 21 U.S.C. § 844(a) |
|  | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearm, that is, a Taurus .45 caliber semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about August 2, 2006, within the District of Columbia, **BENJAMIN D. FEARS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.