UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-254 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL LEE SCOTT,** | : | |
| **BENJAMIN D. FEARS,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Donnell Turner at telephone number (202) 305-1419 and/or email address Donnell.Turner2@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Donnell Turner
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 305-1419

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I will cause to serve the foregoing upon counsel for the defendant Billy Ponds, Esquire, by electronic filing this 24TH day of October, 2005.

                                                                                         _____
                                                                                         Assistant United States Attorney