UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-254 (GK) |
| | : | |
| **MICHAEL LEE SCOTT** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Upon consideration of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this _____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED.**

_____
GLADYS KESSLER
United States District Judge

Copies to:
AUSA Donnell W. Turner
James W. Rudisill, Jr., Esq.
Rita Bosworth, Esq.