### UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.:06CR00254-01(GK)** |
| | **:** | **Judge Kessler** |
| **MICHAEL L. SCOTT,** | **:** | **Status Conference: November 8, 2006** |
| | **:** | |
| **Defendant.** | **:** | |

===============================

### MOTION FOR SUBSTITUTION OF COUNSEL

MICHAEL L. SCOTT, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submit this Motion for Substitution of Counsel and requests that the Court issue an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

The undersigned attorneys were recently retained to represent Mr. Michael L. Scott in the above-captioned case. Mr. Scott desires to have the appearance of his current attorney, James W. Rudasill, Jr., Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Scott's request that the appearance of Mr. Rudasill be withdrawn as counsel of record and substituted by the undersigned attorneys in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

> Michael L. Scott
> By Counsel
>
> Respectfully submitted,
>
> ___/s/ Billy L. Ponds_____
> Billy L. Ponds
> The Ponds Law Firm
> Bar No.: 379883
> 3218 O Street, NW, Suite Two
> Washington, D.C. 20007
> 202-333-2922

       \_\_\_/s/ Harry Tun_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) 393-2882

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail and e filing to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC 20530 and to James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.


       \_\_\_/s/ Harry Tun\_\_
Harry Tun

2

## UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.:06CR00254-01(GK)** |
| | **:** | **Judge Kessler** |
| **MICHAEL L. SCOTT,** | **:** | **Status Conference: November 8, 2006** |
| | **:** | |
| **Defendant.** | **:** | |

================================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel,

and that Motion having been considered by the Court, and for good cause shown, it is this

_____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and

Harry Tun, Esquire replace James W. Rudasill, Jr., Esquire as counsel of record.


_____

JUDGE

cc:    Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, NW
       Suite Two
       Washington, DC  20007

       Harry Tun
       400 Fifth Street, NW
       Suite 300
       Washington, DC 2001

       Donnell W. Turner
       Assistant United States Attorney
       Office of the United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530

4

James W. Rudasill, Jr.
717 D Street, NW
 Suite 310
Washington, DC 20004

Case 1:06-cr-00254-GK    Document 16    Filed 10/30/2006    Page 4 of 5

5