## UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.:06CR00254-01(GK)** |
| | **:** | **Judge Kessler** |
| **MICHAEL L. SCOTT,** | **:** | **Status Conference: November 8, 2006** |
| | **:** | |
| **Defendant.** | **:** | |

==============================

## <u>MOTION FOR SUBSTITUTION OF COUNSEL</u>

MICHAEL L. SCOTT, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submit this Motion for Substitution of Counsel and requests that the Court issue an Order granting this Motion for Substitution of Counsel.  As grounds for this request, the defendant states as follows:

The undersigned attorneys were recently retained to represent Mr. Michael L. Scott in the above-captioned case.  Mr. Scott desires to have the appearance of his current attorney, James W. Rudasill, Jr., Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Scott's request that the appearance of Mr. Rudasill be withdrawn as counsel of record and substituted by the undersigned attorneys in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

Michael L. Scott
By Counsel

Respectfully submitted,


_____/s/ Billy L. Ponds_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW, Suite Two
Washington, D.C. 20007
202-333-2922

_____/s/ Harry Tun_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) 393-2882

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail and e filing to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC 20530 and to James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.

_____/s/ Harry Tun___
Harry Tun

## UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.:06CR00254-01(GK)** |
| | : | **Judge Kessler** |
| **MICHAEL L. SCOTT,** | : | **Status Conference: November 8, 2006** |
| | : | |
| **Defendant.** | : | |

==============================

### ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace James W. Rudasill, Jr., Esquire as counsel of record.


_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC  20007

      Harry Tun
      400 Fifth Street, NW
      Suite 300
      Washington, DC 2001

      Donnell W. Turner
      Assistant United States Attorney
      Office of the United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

James W. Rudasill, Jr.
717 D Street, NW
 Suite 310
Washington, DC 20004