UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.:06CR00254-01(GK) |
| | : | Judge Kessler |
| **MICHAEL L. SCOTT,** | : | Status Conference: November 8, 2006 |
| | : | |
| **Defendant.** | : | |

==============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace James W. Rudasill, Jr., Esquire as counsel of record.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC  20007

     Harry Tun
     400 Fifth Street, NW
     Suite 300
     Washington, DC 2001

     Donnell W. Turner
     Assistant United States Attorney

Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


James W. Rudasill, Jr.
717 D Street, NW
 Suite 310
Washington, DC 20004

Case 1:06-cr-00254-GK   Document 16-3   Filed 10/30/2006   Page 2 of 3

Case 1:06-cr-00254-GK    Document 16-3    Filed 10/30/2006    Page 3 of 3