UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No.:06CR00254(GK) |
| : | Judge Kessler |
| **MICHAEL L. SCOTT,** : | Status Conference: November 8, 2006 |
| : | |
| **Defendant.** : | |

==============================

<u>**PRAECIPE**</u>

TO THE CLERK OF THE AFORESAID COURT:

    Kindly note the appearance of the below-signed attorneys as counsel of record for the defendant in this case.

 

        Michael L. Scott
        By Counsel

        Respectfully submitted,

        \_\_/s/ Billy L. Ponds\_\_\_
        Billy L. Ponds
        The Ponds Law Firm
        Bar No.: 379883
        3218 O Street, NW
        Suite Two
        Washington, D.C. 20007
        202-333-2922

        \_\_/s/Harry Tun\_\_\_\_\_
        Harry Tun
        Bar No.: 416262
        400 Fifth Street, NW
        Suite 300
        Washington, DC 2001
        (202) 393-2882

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of this Notice of Appearance was sent via facsimile and first class mail and e-filing to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC 20530 and to James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.

                                                  __/s/ Harry Tun___
                                                  Harry Tun