## UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.:06CR00254(GK) |
| : | Judge Kessler |
| **MICHAEL L. SCOTT,** : | Status Conference: November 8, 2006 |
| : | |
| **Defendant.** : | |

==============================

### **PRAECIPE**

TO THE CLERK OF THE AFORESAID COURT:

    Kindly note the appearance of the below-signed attorneys as counsel of record for the defendant in this case.

                                           Michael L. Scott
                                           By Counsel

                                           Respectfully submitted,

                                           __/s/ Billy L. Ponds___
                                           Billy L. Ponds
                                           The Ponds Law Firm
                                           Bar No.: 379883
                                           3218 O Street, NW
                                           Suite Two
                                           Washington, D.C. 20007
                                           202-333-2922

                                           __/s/Harry Tun_____
                                           Harry Tun
                                           Bar No.: 416262
                                           400 Fifth Street, NW
                                           Suite 300
                                           Washington, DC 2001
                                           (202) 393-2882

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of this Notice of Appearance was sent via facsimile and first class mail and e-filing to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC 20530 and to James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.

                        __/s/ Harry Tun___
                        Harry Tun