UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.:06CR00254-01(GK) |
| | : | Judge Kessler |
| **MICHAEL L. SCOTT,** | : | Status Conference: November 8, 2006 |
| | : | |
| **Defendant.** | : | |

==============================

## MOTION FOR SUBSTITUTION OF COUNSEL

MICHAEL L. SCOTT, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submit this Motion for Substitution of Counsel and requests that the Court issue an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

The undersigned attorneys were recently retained to represent Mr. Michael L. Scott in the above-captioned case. Mr. Scott desires to have the appearance of his current attorney, James W. Rudasill, Jr., Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Scott's request that the appearance of Mr. Rudasill be withdrawn as counsel of record and substituted by the undersigned attorneys in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                              Michael L. Scott
                                              By Counsel

                                              Respectfully submitted,

                                              ____/s/ Billy L. Ponds_____
                                              Billy L. Ponds
                                              The Ponds Law Firm
                                              Bar No.: 379883
                                              3218 O Street, NW, Suite Two
                                              Washington, D.C. 20007
                                              202-333-2922

       /s/ Harry Tun_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) 393-2882

## CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail and e filing to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC 20530 and to James W. Rudasill, Jr., 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.

       /s/ Harry Tun__
Harry Tun

2