UNITED STATES FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No.:06CR00254-01(GK) |
| : | Judge Kessler |
| MICHAEL L. SCOTT,    : | Status Conference: November 8, 2006 |
| : | **FILED** |
| Defendant.    : | |
| ================================ | OCT 3 1 2006 |

## ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this 31st day of October, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace James W. Rudasill, Jr., Esquire as counsel of record.

_____Gladys Kessler_____ JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007

Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 2001

Donnell W. Turner
Assistant United States Attorney

Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


James W. Rudasill, Jr.
717 D Street, NW
 Suite 310
Washington, DC 20004