UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UMTED STATES OF AMERICA

        v.                              Case No.:06CR00254-01(GK)
                                     Judge Kessler

MICHAEL L. SCOTT,              Status Conference: November 28, 2006

        **Defendant.**

## MOTION FOR REVOCATION OF THE PRETRIAL DETENTION ORDER

MICHAEL L. SCOTT, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submits this Motion for Revocation of the Pretrial Detention Order and requests that this Court enter an Order granting this motion. As grounds for this request, the defendant states as follows:

On August 2, 2006, members of the Metropolitan Police Department intiated a traffic stop of the vehicle the defendant was driving because the officers observed the vehicle attempt to negotiate a turn at a high rate of speed and observed the vehicle "fish-tail" and hit a curb in the vicinity of East Capitol and B Streets, S.E., Washington, D.C. Officer Eric Roche approached the driver's side of the vehicle and Officer Marvin Watkins approached the passenger side of the vehicle. Mr. Scott, the driver of the vehicle, could not comply with Officer Roche's request to produce his driver's license and therefore, was placed under arrest for driving without a permit. Officer Watkins asked the passenger, Benjamin Fears to exit the vehicle.

After Mr. Scott was placed under arrest, Officer Roche searched him and recovered one thousand seven hundred and eighty eight dollars and eighty one cents ($1,788.81). Officer Roche searched the vehicle and located a rental agreement in the name of Michael Scott and mail belonging to Mr. Scott. Following this search, Officer Roche searched the area underneath the center console, felt an object that he believed was a handgun and removed a .45 caliber semi-

automatic loaded handgun and alleged that a white rock like substance fell out. Officer Roche proceeded to remove the center console and recovered ninety three (93) ziplocks of a brown substance.

In addition to being charged with driving without a permit, Mr. Scott was also charged with possession with intent to distribute cocaine base. Mr. Fears was also charged with possession with intent to distribute cocaine base as a result of the recovery of six (6) ziplock bags of cocaine hidden in his shoes.

On August 4, 2006, the defendant appeared before the Honorable Magistrate Judge Alan Kay for his initial appearance, the government requested a preliminary/detention hearing as well as a three (3) and ten (10) day hold and the court scheduled Mr. Scott's Preliminary Detention Hearing for August 8, 2006. On August 8, 2006, Mr. Scott appeared before the Court for his Preliminary/Detention Hearing and the court entered an Order for Mr. Scott to be held without bond. The basis for this ruling was the nature and circumstances of the offense, weight of the evidence against the defendant, the history and characteristics of the defendant, and the danger to the community if the defendant were released.

To rebut the finding made by Magistrate Judge Kay. the defendant submits that the weapon and narcotics were recovered from a rental vehicle, not his personal vehicle. Officer Roche recovered the items after searching underneath the center console and removing the center console. The defendant submits that the items recovered were not in the immediate area of the part of the vehicle that he occupied and were not in his dominion and control.

Accordingly, the defendant asserts that he has presented information not previously considered by the Court and to rebut the magistrate judge's findings concerning the nature and circumstances of the offense and the weight of the evidence against the defendant in this case. To rebut the magistrate judge's findings concerning the history and characteristics of the defendant,

the defendant respectfully submits the attached letters from Randolph Harris, Program Director, Columbia Heights Youth Club (Exhibit **A**) and from Christina Jeter (Exhibit B).

The defendant respectfully submits that Nubon Ealey, Property Manager, Marburty Plaza Apartments, previously extended an emplyment offer to him as a leasing agent. Mr. Scott would be required to work Monday through Friday from 9:00am until 5:00pm and rotating Saturdays. If released, Mr. Scott would pursue this employment opportunity.

As to the danger to the community, the defendant respectfully submits that there are conditions or a combination of conditions that the court can set to ensure the safety of the community. This can be accomplished by placing the defendant in a halfway house with restrictions or in the Heightened Supervision Program to monitor his activities. Accordingly, in light of the new information presented in this motion, the defendant respectfully requests that the Court revoke the pretrial detention order and consider placement in a halfway house with restrictions or in the Heightened Supervision Program.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion to Revoke the Pretrial Detention Order.

                                      Michael L. Scott
                                      By Counsel

                                      Respectfully submitted,

                                      _Billy L. Ponds /MP_
                                      Billy L. Ponds
                                      The Ponds Law Firm
                                      Bar No.: 379883
                                      3218 O Street, NW, Suite Two
                                      Washington, D.C. 20007
                                      202-333-2922

_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) **393-2882**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and complete copy of this Motion to Revoke the Pretrial Detention Order was sent via facsimile and first **class** mail to Donnell W. Turner, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street NW, Room 4235, Washington DC on this ____ day of November 2006.

_____
Harry Tun

# E X H I B I T   A

Case 1:06-cr-00254-GK   Document 22   Filed 11/27/2006   Page 5 of 11



# COLUMBIA HEIGHTS YOUTH CLUB

1500 Harvard Street N.W.  Washington, D.C. 20009   (202)332-1157/Fax (202) 332-1160

August 31, 2005

To Whom It May Concern:

Please accept this letter as recommendation for the release of Michael Scott. Mr. Scott has been a volunteer for our organization for 2 years now. He is one of few volunteers who demonstrate empathy and compassion for our younger generation.

Michael has been a strong asset to our children and the community. He gets involved in all the community activities and impress people quite easily. He is very hard working and always more than ready to help anybody with anything he can. He teaches the young men and women in our program to stay focused on school and their future and not to let the negative behaviors and influences surrounding to effect their growth and well being. Michael's area of weakness is lacking patience. He is a determined individual who firmly believes that time is of the essence and will not settle for unfairness. Michael instills in the children that life is what an individual makes it and that if he/she steers away from their dreams than he/she will fall short. Michael is an ideal individual who cares and gives love to anyone in need. There has been many incidences where he has proved all these qualities.

I feel these attributes demonstrate someone with an exceptional character. I would recommend Michael for any task where enthusiasm, reliability, hard working and trustworthiness are valued.

Sincerely,

Randolph Harris
Program Director

# EXHIBIT B

Christina Jeter
1432 Clifton Street, NW
Apt. 116
Washington, DC 20009

August 17, 2006

To Whom It May Concern:

When Michael Scott asked if I would write a letter I told him that it would be an honor for me to do so. I have known Mr. Scott well over 25 years and have watched him as he became a new father and have seen him grow into a fine, productive citizen he is today. I am a little older then Mr. Scott but it gives me great pleasure to say that I have learned so much from him and we have been supportive to each other through times of need. Although I know him more on a personal level, I would like to say that on a professional level he is a very dedicated and committed worker, one who is not afraid to seek input and receive instruction.

I hope that you will seriously consider Mr. Scott for release into the community. I feel he would be a great asset to the future of his son Damico Scott's life. Thank you.

Sincerely,

Christina Jeter

# EXHIBIT C

Aug 31 06 10:07p

# Marbury Plaza Apartments
2300 Good Hope Rood, SE
Washington, DC 20016
202.678.0700 • 202.678.0711 fax

August 21, 2006

Michael Scott
4207 East Capital Street, SE
Apt. #202
Washington, DC 20012

Dear Mr. Scott:

It is my pleasure to extend the following offer of employment to you on behalf of Marbury Plaza Apartments as Leasing Agent. The salary for this position is $26,000 per year. The hours will be from 9:00am to 5:00pm Monday – Friday and rotating Saturdays. This position also will include benefits contingent upon completion of your 90 day probation period.

Your employment with Marbury Plaza Apartments is at-will and either party can terminate the relationship at any time with or without cause and with or without notice.

You acknowledge that this offer letter, (along with any referenced documents), represents the entire agreement between you and Marbury Plaza Apartments and that no verbal or written agreements, promises or representations that are not specifically Hated in this offer, are or will be binding upon Marbury Plaza Apartments.

If you are in agreement with the above outline, please sign below. This offer is in effect for Thirty (30) Days from the date of this letter.

Signatures:

_____
Nubon Epley, Property Manager

August 21 2006
Date

_____
Michael Scott

_____
Date

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.

MICHAEL L. SCOTT,

      Defendant.

Case No.:06CR00254-01(GK)
Judge Kessler
Status Conference: November 28, 2006

## ORDER

THIS CAUSE having come before the Court on the Motion to Revoke the Pretrial Detention Order, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____,2006,

ORDERED, that the Motion to Revoke the Pretrial Detention Order is hereby GRANTED.

_____
JUDGE

cc: **Billy** L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007

Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 2001

Donnell W. Turner
Assistant United States Attorney
Office of the United States Attorney
555 4th **Street,** N.W.
Washington, D.C. 20530

5