UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL No.: 06-254-01 (GK)** |
| ) | |
| **MICHAEL L. SCOTT,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Upon consideration of the defendant's Motion for Revocation of the Pre-trial Detention Order and the Government's Opposition thereto, it is this _____ day of _____, 2006, hereby

**ORDERED** that the defendant's Motion for Revocation of the Pre-trial Detention Order be and the same is

**DENIED.**

_____
GLADYS KESSLER
United States District Judge

Copies to:

Billy L. Ponds, Esquire
Harry Tun, Esquire
AUSA Donnell W. Turner