UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-254 (GK)** |
| : | |
| **MICHAEL LEE SCOTT** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Upon consideration of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and Defendant's Opposition to Government's Motion to Admit Other Crimes Evidence, and the record herein, it is this

_____ day of _____, 2007, hereby

**ORDERED,** that the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be **GRANTED**; and

**ORDERED**, that the Defendant's Opposition to Government's Motion to Admit Other Crimes Evidence be **DENIED**.

_____
GLADYS KESSLER
United States District Judge

Copies to:

Donnell W. Turner
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

Harry S. Tun, Esq.
400 5th Street, N.W.
Suite 300
Washington, D.C.  20001