UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-254 (GK) |
| MICHAEL SCOTT, | : |
| Defendant. | : |

FILED

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM ORDER

The Government has filed a Motion to Admit Other Crimes Evidence, seeking to introduce, at trial, evidence of the Defendant's recent drug arrest. Upon consideration of the Motion, the Opposition, the Reply, and the applicable case law, the Court concludes that the Motion should be **granted** for the following reasons.

1. In this case, the Defendant is charged with possession with intent to distribute 50 grams or more of cocaine base; unlawful possession with intent to distribute heroin; and using, carrying, and possessing a firearm during a drug trafficking offense. The conduct in question is alleged to have occurred on August 6, 2006.

2. On April 10, 2006, Defendant was arrested and subsequently indicted for possession with intent to distribute cocaine, possession with intent to distribute marijuana, and possession of heroin.

3. The Government seeks to admit, pursuant to Fed. R. Evid. 404(b), evidence of the April 2006 drug arrest to show the Defendant's knowing and intentional possession of drugs, guns and ammunition in this case, and that such possession was not the result of inadvertence, mistake, or accident. The case law in this jurisdiction is overwhelmingly clear that such evidence is relevant

and admissible under Rule 404(b). <u>United States of America v. Dion Douglas</u>, 2007 U.S. App. LEXIS 8469 (D.C. Cir. April 13, 2007) (summarizing the applicable case law).

4.  As <u>Douglas</u> mandates, once the Court determines, as it has, that the evidence is relevant and permissible, the Court must then determine whether, under Fed. R. Evid. 403, the danger of unfair prejudice substantially outweighs its probative value. The Court concludes that there is no undue prejudice whatsoever under Rule 403 and, therefore, the evidence must be **admitted**.

May 14, 2007

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**