UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,             :
                                      :
                                      :
    v.                                :    Criminal No. 06-254 (GK)
                                      :
                                      :    **FILED**
MICHAEL L. SCOTT,                     :
                                      :    MAY 2 1 2007
    Defendant.                        :
                                      :    NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

## ORDER

It is hereby this 21st day of May, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Aug 6, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Aug. 22, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Aug 27, 2007 at 4:15 pm.

IT IS SO ORDERED.


                                           /s/ Gladys Kessler
                                           Gladys Kessler
                                           U.S. District Judge