# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. **1:06-CR-254**
)
**MICHAEL LEE SCOTT** )

## NOTICE OF APPEAL

Name and address of appellant:

**Michael Lee Scott**
**1900 E St, S.E**
**Washington, D.C. 20019**

Name and address of appellant's attorney:

**Please assign a new appellant counsel pursuant to Criminal Justice Act**

Offense: **Possession with intent to distribute over 50 grams of cocaine**

Concise statement of judgment or order, giving date, and any sentence:

**On 8-27-07, Defendant was sentenced to 121 months incarceration with recommendations to the Bureau of Prison. Counts are to run concurrant to each other. Followed by five years of supervised release. Defendant was sentenced to (121) months on count 3 to run concurrently with count one.**

Name and institution where now confined, if not on bail:

**Correctional Treatment Center**
**1900 E. St, S.E. WDC 20019**

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

**7/5/07**                           **Michael Lee Scott**
DATE                                 APPELLANT

                                     **Haley Ton**
                                     ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                    YES [ ]   NO [X]
Has counsel ordered transcripts?                          YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES [X]  NO [ ]