07/27/2007  13:52    2027835407    LAW OFFICES    PAGE  01/03

## HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-254-01</u> |
|---|---|---|
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| SCOTT, Michael | : | Disclosure Date: <u>July 10, 2007</u> |

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____        _____
Prosecuting Attorney                                                    Date

### For the Defendant
(CHECK APPROPRIATE BOX)
       There are no material/factual inaccuracies therein.
(X)    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____  07/26/07        _____  7/26/07
Defendant                     Date                    Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>July 24, 2007</u>, to U.S. Probation Officer <u>Tennille
Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

Dear Losch:

The only objection that my client will like to state is that he should get another level reduction for acceptance of responsibility, thus, reducing his criminal offense level to 31 which has the sentencing guideline range of 108 month to 135 month. He also knows that the Court has to give 120 months minimum since the mandatory minimum is 10 years. Thanks. You

**Receipt and Acknowledgment**                                                    **Page 2**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Signed by:** _____
                **(Defendant/Defense Attorney/AUSA)**

**Date:** _____