HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-254-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| SCOTT, Michael | : | Disclosure Date: <u>July 10, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Donald W. Turner_                              _7/13/07_
**Prosecuting Attorney**                              **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant        Date**          **Defense Counsel        Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 24, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                    Page 2

The government notes the following error in the PSR:

Paragraph 59 of the PSR states that the plea agreement "facilitates a three-level reduction for acceptance of responsibility." Instead, Paragraph 59 should read that the agreement signed by the parties "facilitates a two-level reduction ...." The plea agreement, at paragraph 8 on page 3, specifically states that the defendant receives a two-level reduction for acceptance, and that the defendant "may not make ... a request for an additional 1-level reduction under USSG, Section 3E1.1(a)."

Signed by: _Donnell W. Turner_
(Defendant/Defense Attorney/AUSA)

Date: 7/13/07