UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-254 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL LEE SCOTT,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CORRECT JUDGMENT AND
COMMITMENT ORDER AND SCHEDULE STATUS HEARING TO AMEND PLEA
AGREEMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 35(a) and 36 to correct the Judgment and Commitment Order filed on September 6, 2007. The government also respectfully moves this Court to schedule a status hearing to allow the parties to execute and file an amended written plea agreement which reflects that the Defendant pleaded guilty to counts one and two of the Indictment. As grounds for this motion, the government states as follows:

1. On August 31, 2006, the Defendant was charged in a four-count Indictment with one count of Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base (Count One), one count of Unlawful Possession with Intent to Distribute Heroin (Count Two), and one count of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense (Count Three).[1] See Attachment A.

2. On May 21, 2007, the parties appeared before the Court for a plea hearing. At that time, the Defendant executed a written plea agreement and entered a guilty plea to the offense of

---

[1] The Defendant was not charged in the final count (Count Four) of the Indictment. Count Four of the Indictment charged co-defendant Benjamin D. Fears with Simple Possession of a Controlled Substance. Co-defendant Fears pleaded guilty to Count Four of the Indictment on October 19, 2006.

Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and the offense of Unlawful Possession with Intent to Distribute Heroin. The written plea agreement, which was filed with the Court at the time of the plea, erroneously indicates that count three of the Indictment charges the offense of Unlawful Possession with Intent to Distribute Heroin. In fact, count three of the Indictment charges the offense of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, and count two of the Indictment charges the offense of Unlawful Possession with Intent to Distribute Heroin. During the plea colloquy, the Court referenced the correct criminal offenses to which the Defendant was pleading guilty, but referenced the incorrect counts of the Indictment. See Attachment B (plea hearing transcript, page 25). Although it is clear from the plea hearing transcript that the Defendant pleaded guilty to the offenses of Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and Unlawful Possession with Intent to Distribute Heroin, the plea hearing transcript indicates that the Defendant erroneously entered his guilty plea as to counts one and three of the Indictment, rather than counts one and two of the Indictment.

3.    On August 2, 2007, undersigned counsel filed a Notice of Substitution of Counsel in this case. On August 27, 2007, the parties appeared for the sentencing hearing. The Court sentenced the Defendant to 121 months on counts one and three of the Indictment, concurrently, and the government moved to dismiss the remaining counts of the Indictment (counts two and four). On September 6, 2007, the Judgment and Commitment Order reflecting that sentence was filed. See Attachment C. The Judgment and Commitment Order should be corrected to reflect that the Defendant pleaded guilty to counts one and two of the Indictment, the counts corresponding to the actual offenses to which the Defendant pleaded guilty on May 21, 2007. The Judgment and

Commitment Order should also be corrected to reflect that the Defendant is sentenced to 121 months on counts one and two of the Indictment, to be served concurrently, and that counts three and four of the Indictment are dismissed upon motion of the government. The plea agreement should be amended to reflect that the Defendant pleaded guilty to counts one and two of the Indictment, not counts one and three which are erroneously referenced in the present plea agreement.

4.      Undersigned counsel is authorized to represent that defense counsel, Harry Tun, Esquire, does not oppose this motion. Undersigned counsel has contacted Mr. Tun to discuss scheduling matters in this case, should the Court grant this motion and schedule a status hearing date. Undersigned counsel and Mr. Tun are available for a status hearing on Wednesday, October 12, 2007, Friday, October 19, 2007 and any time after 11 a.m. on Friday, October 26, 2007, should the Court's calendar permit.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Unopposed Motion be granted, and that the Court Correct the Judgment and Commitment Order and schedule a status hearing to allow the parties to amend the written plea agreement to reflect that the Defendant pleaded guilty to counts one and two of the Indictment.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov