09/11/2007 21:34 FAX 202 354 3146     US DIST COURT RM 1825                    002/003
Case 1:06-cr-00254-GK   Document 49-3   Filed 09/12/2007   Page 1 of 4
Case 1:06-cr-00254-GK   Document 7   Filed 08/31/2006   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0349M-01 (CR) |
| | : | MAGISTRATE NO. 06-0349M-02 (CR) |
| MICHAEL LEE SCOTT, | : | |
| BENJAMIN D. FEARS, | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| **Defendants.** | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin); |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | ; | 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled Substance) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))**

## COUNT TWO

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about August 2, 2006, within the District of Columbia, **MICHAEL LEE SCOTT**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearm, that is, a Taurus .45 caliber semi-automatic pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about August 2, 2006, within the District of Columbia, **BENJAMIN D. FEARS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

1

```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA   .    DOCKET NUMBER:  CR 06-254-01
                           .
     vs.                   .    Washington, D.C.
                           .    May 21, 2007
MICHAEL LEE SCOTT          .    10:30 A.M.
                           .
          Defendant.       .
. . . . . . . . . . . . . .
```

TRANSCRIPT OF PLEA
BEFORE THE HONORABLE GLADYS KESSLER
A UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:       DONNELL W. TURNER, ESQUIRE
                          UNITED STATES ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Room 4235
                          Washington, D.C.  20530
                          (202) 305-1419
                          (202) 514-6010 (fax)
                          Donnell.Turner2@usdoj.gov


FOR THE DEFENDANT:        HARRY TUN, ESQUIRE
                          400 5th Street, NW
                          Suite 300
                          Washington, D.C. 20001
                          (202) 383-2882
                          (202) 783-5407 (fax)
                          tunharry@aol.com

SUSAN PAGE TYNER, CVR-CM
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

25

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  Do you want to go to trial, Mr. Scott,
 3   or do you want to enter a plea of guilty to unlawful
 4   possession with intent to distribute 50 grams or more of
 5   cocaine base?  That would be count one.  And counted three,
 6   unlawful possession with intent to distribute heroin?
 7              THE DEFENDANT:  Yes.  I will accept the plea.
 8              THE COURT:  All right.  The court will accept the
 9   plea.  There is certainly a factual basis.  I think that Mr.
10   Scott understands what he is doing.  He seems totally alert
11   and competent, and he has asked good questions that make
12   good sense.  So I think he is acting voluntarily and of his
13   own free will and that he understands the consequences of
14   what he is doing today.  So the plea will be accepted.
15              And we will set dates everybody.  The presentence
16   report will be due on August 6.  And then counsel, if you
17   would look at your calendars please, for sentencing in mid-
18   to late August if people here, I hope.
19              What about August 15 or 16, which is a Wednesday
20   or Thursday?
21              MR. TUN:  Begging the court's indulgence, Your
22   Honor.  August 15 I'm starting a trial that is going to take
23   three days, and the following week I am starting another
24   trial on August 20th that will take another three days.
25              August 29th?
```