UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-254 (GK) |
| v. : | **FILED** |
| MICHAEL LEE SCOTT, : | SEP 1 3 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Government's Unopposed Motion to Correct Judgment and Commitment Order and Schedule Status Hearing to Amend Plea Agreement, and the record herein, for the reasons set forth in the Government's motion, and for good cause shown, it is is this 13th day of September, 2007, hereby

ORDERED, that the Government's Motion be Granted; and it is further

ORDERED, that the Judgment and Commitment Order shall be corrected to reflect that the Defendant pleaded guilty to counts one and two of the Indictment; the Defendant is sentenced to 121 months on count one of the Indictment and 121 months on count two of the Indictment, concurrently; and counts three and four of the Indictment are dismissed on motion of the United States; and it is further

ORDERED, that the parties shall appear for a status hearing in this case on the 20th day of Sept., 2007, at 10:15 a.m., for the purpose of executing and filing an amended written plea agreement.

Date: Sept 13, 2007

Gladys Kessler
United States District Judge