**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : Case No.: CR-06-254-01 |
| | : |
| MICHAEL SCOTT | : |

**UNOOPSED MOTION FOR CONTINUANCE**

COMES NOW the Defendant, Michael Scott, by and through the undersigned counsel and asks this Court to continue the Status date now set for September 20th, 2007 In support of this motion the defendant states as follows:

1. Undersigned counsel is current in trial before the Honorable Julia Weatherly who is presiding over first degree murder, attempted murder and related weapons charges in Circuit Court for Prince Georges County, Maryland. The case name is ***State of Maryland v. Donnell L Hunter***.

2. The trial begun on September 17th 2007 and it was scheduled for three days trial. Due to unforeseen problems with the State witnesses, the trial will not be concluded until the end of business on Thursday September 21st 2007. Judge Weatherly has ordered both side to return on September 20th 2007 to resumed the trail at 9:00 a.m.

3. Undersigned counsel has contacted Ms. Muschison who is assigned to this matter and she has no opposition to this matter.

Wherefore counsel for the Defendant, Michael Scott, requests, in the interest of judicial economy and efficiency, that this motion be granted. A proposed Order is attached.

Respectfully submitted,

By: _____/s/_____
Harry Tun (Bar # 416262)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
Phone: 202 393 2882
Fax: 202 783 2503
*Counsel for Michael Scott*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of September, 2007, I caused a true and correct copy of the foregoing to be delivered to:

Assigned Assistant U.S. Attorney
For District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

                                                              _____/s/_____
                                                              Harry Tun
                                                              400 Fifth Street, N.W.
                                                              Suite 300
                                                              Washington, D.C. 20001
                                                              (202) 393-2882 (tel)
                                                             (202) 783-5407 (fax)
                                                             Attorney for Michael Scott