# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>MICHAEL SCOTT | :<br>:<br>:<br>:<br>: Case No.: CR-06-254-01<br>:<br>:<br>:<br>:<br>: |

## ORDER

WHEREUPON, having considered the Defendant's Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is GRANTED, and

**IT IS FURTHER ORDERED**, that the sentencing date set for December 20, 2006 will be vacated and the new status date will be _____, 2007 at \_\_\_\_ .

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC  20001

Perham Gorji, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530