UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

vs.

MICHAEL SCOTT

Case No.: CR-06-254-01

**FILED**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

WHEREUPON, having considered the Defendant's Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

ORDERED, that the motion is GRANTED, and

IT IS FURTHER ORDERED, that the ~~sentencing~~ *status* date set for ~~December~~ *September* 20, 2007 will be vacated and the new status date will be *Sept. 26*, 2007 at *10:30 am*.

*Sept 20, 2007*

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC 20001

~~Perham Gorji~~ *Precious Murchison*, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530