IN FORMA PAUPERIS DECLARATION

_United States Court of Appeals_
_District of Columbia Circuit_

_United States Court of Appeals_

FOR the DISTRICT COURT of
_Columbia circuit_

CR 06-254-01-GK
USCA No. 07-3103

---
United States
v
_Michael Scott_
(Movant)

DECLARATION IN SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS

**FILED**

JAN 1 1 2008

Clerk, U.S. District and
Bankruptcy Courts

I, _M Scott_, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ]  No [X]
   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _2001 year   salary $9.00 hr._

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes [ ]  No [X]
   b. Rent payments, interest or dividends?               Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]  No [X]
   d. Gifts or inheritances?                              Yes [ ]  No [X]
   e. Any other sources?                                  Yes [ ]  No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in checking or savings account?
   Yes [ ]  No [X]  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]  No [X]
   If the answer is "yes," describe the property and state its approximate value.

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.  None

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 01/03/08 (date).

_____
Signature of Movant

CERTIFICATE

I hereby certify that the movant herein has the sum of $ 150.92 on account to his credit at the FPC Butner institution where he is confined. I further certify that movant likewise has the following securities to his credit according to the records of said FPC Butner institution: _____

_____, Correctional Counselor
Authorized Officer of Institution