UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                      Criminal Case No. 06-254 (GK)

MICHAEL L. SCOTT,

Defendant.

**FILED**

FEB 0 4 2008

Clerk, U.S. District and Bankruptcy Courts

### ORDER

Upon consideration of Defendant's Motion for Leave to Proceed on Appeal *In Forma Pauperis*, it is this 4th day of February, 2008, hereby

**ORDERED** that Defendant's Motion is **granted**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge