Date: <u>January 22-2008</u>

Hon. <u>Gladys Kessler</u>           Case No. <u>CR-06-254-01</u>
c/o <u>Clerk</u>
Deputy Clerk
United States District Court

**FILED**

FEB - 4 2008

Dear <u>Clerk</u> : :           Clerk, U.S. District and
                               Bankruptcy Courts

    I was sentenced by Judge <u>Kessler</u> on <u>August 27-2007</u> based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                  Sincerely,

                                  **Micheal Scott**

Name: <u>Micheal Scoot</u>

Address: <u>Federal Prison Camp</u>

<u>P.O. Box 1000</u>

<u>Butner, NC 27509</u>

Telephone: _____

Copies to: Judge
AUSA – Special Proceedings
Dft.

**RECEIVED**           **RECEIVED**

FEB - 4 2008           JAN 2 5 2008

Clerk, U.S. District and     Clerk, U.S. District and
Bankruptcy Courts            Bankruptcy Courts