UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

    v.                              :        CR 06-254-01 (GK)

MICHAEL LEE SCOTT               :

### UNOPPOSED MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Michael Lee Scott, through undersigned counsel, respectfully moves this Honorable Court to reduce his sentence of 121 months incarceration to a term of 120 months.  In support of this motion, counsel states:

1. On August 27, 2007, the Court sentenced Mr. Scott to concurrent 121 month terms of incarceration on Count One (unlawful possession with intent to distribute 50 grams or more of cocaine base) and Count Three (using, carrying, and possessing a firearm during a drug trafficking offense).  This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 121 to 151 months (criminal history category I, offense level 32).  The Court sentenced Mr. Scott to a term of incarceration at the bottom of that range.

2. Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine.  U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007).  Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing

Commission . . . if such a reduction is consistent with applicable policy statements issued by the Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

      3. The amendments reduce the sentencing guidelines range applicable to Mr. Scott to 97 to 121 months. A sentence at the statutory mandatory minimum (120 months) would reduce his sentence by one month. A proposed order accompanies this motion reflecting the sentence computations in Mr. Scott's case.

      4. Undersigned counsel has consulted with Assistant United States Attorney John Mannarino, who represented that the government does not oppose this motion.

      5. According to the Bureau of Prisons, Mr. Scott's current projected release date is May 16, 2015. Because the requested one-month reduction will not result in Mr. Scott's immediate release, the government and the Probation Office agree that neither a provision affording the Probation Office discretion to place Mr. Scott in a halfway house while on supervised release, nor a provision affording the Bureau of Prisons an additional ten days to execute the amended sentence is necessary. Therefore, those provisions are not included in the attached proposed order.

      WHEREFORE, for the foregoing reasons, Mr. Scott respectfully requests that the Court reduce his sentence from a 121 month term of imprisonment to term of 120 months. A proposed order is attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500