✎AO 245___    Order Regarding Motion for Sentence Reduction
Sheet 1

UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

V.

MICHAEL LEE SCOTT

**Date of Original Judgment:**    Sept. 6, 2007
**(Or Date of Last Amended Judgment)**

Case Number:    CR 06-254-01 (GK)

USM Number:    28712-016

Mary M. Petras
Defendant's Attorney

Upon motion of  X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing
range that has subsequently been lowered and made retroactive by the United States Sentencing Commission
pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
  __121__ months on Counts One and Three reduced to term of 120 months.

**I.  COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level:    __32__          Amended Offense Level:    __30__
  Criminal History Category: I             Criminal History Category:    I
Previous Guideline Range:  __121__ to __151__  months    Amended Guideline Range: 97  to 121  months

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
    time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III.  FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated September 6, 2007 shall remain in effect.

**IT IS SO ORDERED.**

_____          _____
        Date                        Signature of Judge

                                _____
                                Name and Title of Judge