AO 245___    Order Regarding Motion for Sentence Reduction
             Sheet 1

UNITED STATES DISTRICT COURT
District of     COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL LEE SCOTT

ORDER REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Case Number:    CR 06-254-01 (GK)

USM Number:     28712-016

Mary M. Petras
Defendant's Attorney

Date of Original Judgment:     Sept. 6, 2007
(Or Date of Last Amended Judgment)

**FILED**
**JUN 2 4 2008**
Clerk, U.S. District and
Bankruptcy Courts

Upon motion of  X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __121__ months on Counts One and Three reduced to term of 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level:  __32__            Amended Offense Level:  __30__
   Criminal History Category: I               Criminal History Category: I
Previous Guideline Range:  __121__ to __151__ months     Amended Guideline Range: __97__ to __121__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated September 6, 2007 shall remain in effect.

IT IS SO ORDERED.

June 24, 2008
     Date

Gladys Kessler
Signature of Judge

U.S. District Judge
Name and Title of Judge